IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

**FILED**
UNITED STATES DISTRICT COURT
DENVER, COLORADO

**DEC 21 2023**

JEFFREY P. COLWELL
CLERK

Civil Action No. _____23-cv-02395-LTB-SBP_____
(To be supplied by the court)

_____Antonio F. DelMonico_____, Plaintiff

v.

**Jury Trial requested:**
(please check one)
___ Yes ✓ No

__Southern Colorado Clinic P.C._____,

__Jennifer Arellano, (in her personal and professional__,

__capacities)_____,

_____, Defendant(s).

(*List each named defendant on a separate line. If you cannot fit the names of all defendants in the space provided, please write "see attached" in the space above and attach an additional sheet of paper with the full list of names. The names of the defendants listed in the above caption must be identical to those contained in Section B. Do not include addresses here.*)

## AMENDED COMPLAINT

### NOTICE

Federal Rule of Civil Procedure 5.2 addresses the privacy and security concerns resulting from public access to electronic court files. Under this rule, papers filed with the court should not contain: an individual's full social security number or full birth date; the full name of a person known to be a minor; or a complete financial account number. A filing may include only: the last four digits of a social security number; the year of an individual's birth; a minor's initials; and the last four digits of a financial account number.

**Plaintiff need not send exhibits, affidavits, grievances, witness statements, or any other materials to the Clerk's Office with this complaint.**

A.   **PLAINTIFF INFORMATION**

*You must notify the court of any changes to your address where case-related papers may be served by filing a notice of change of address. Failure to keep a current address on file with the court may result in dismissal of your case.*

Antonio F. DelMonico, 413 Rush Street, Pueblo, Colorado 81003.
(Name and complete mailing address)

(719)214-5145 and mrdelmonico@yahoo.com
(Telephone number and e-mail address)

B.   **DEFENDANT(S) INFORMATION**

*Please list the following information for each defendant listed in the caption of the complaint. If more space is needed, use extra paper to provide the information requested. The additional pages regarding defendants should be labeled "B. DEFENDANT(S) INFORMATION."*

Defendant 1:   Southern Colorado Clinic P.C., 3676 Parker Blvd., Pueblo, CO 81008
(Name and complete mailing address)

(719)553-2208
(Telephone number and e-mail address if known)

Defendant 2:   Jennifer Arellano, 3676 Parker Blvd., Pueblo, CO 81008
(Name and complete mailing address)

(719)553-2208
(Telephone number and e-mail address if known)

Defendant 3:   N/A
(Name and complete mailing address)

N/A
(Telephone number and e-mail address if known)

Defendant 4:   N/A
(Name and complete mailing address)

N/A
(Telephone number and e-mail address if known)

## C. JURISDICTION

*Identify the statutory authority that allows the court to consider your claim(s): (check one)*

__X__ Federal question pursuant to 28 U.S.C. § 1331 (claims arising under the Constitution, laws, or treaties of the United States)

List the specific federal statute, treaty, and/or provision(s) of the United States Constitution that are at issue in this case.

<u>  42 U.S.C. 1983, the Americans with Disabilities Act, and the common law of Colorado.</u>

_____

____ Diversity of citizenship pursuant to 28 U.S.C. § 1332 (a matter between individual or corporate citizens of different states and the amount in controversy exceeds $75,000)

Plaintiff is a citizen of the State of __Colorado_____.

If Defendant 1 is an individual, Defendant 1 is a citizen of _____Colorado_____.

If Defendant 1 is a corporation,

Defendant 1 is incorporated under the laws of _____Colorado_____ (name of state or foreign nation).

Defendant 1 has its principal place of business in _____Colorado_____ (name of state or foreign nation).

*(If more than one defendant is named in the complaint, attach an additional page providing the same information for each additional defendant.)*

3

### D.   STATEMENT OF CLAIM(S)

*State clearly and concisely every claim that you are asserting in this action. For each claim, specify the right that allegedly has been violated and state all facts that support your claim, including the date(s) on which the incident(s) occurred, the name(s) of the specific person(s) involved in each claim, and the specific facts that show how each person was involved in each claim. You do not need to cite specific legal cases to support your claim(s). If additional space is needed to describe any claim or to assert additional claims, use extra paper to continue that claim or to assert the additional claim(s). Please indicate that additional paper is attached and label the additional pages regarding the statement of claims as "D. STATEMENT OF CLAIMS."*

CLAIM ONE:   <u>The Defendants in this case will **NOT** provide me prescription medication to treat or minimize my diabetes, high blood pressure, under-active thyroid, and other serious medical conditions. I have substantial and sometimes extreme trouble breathing and working without the defendants providing me medication to treat my prior stated problems. I also need an oxygen machine or CPAP machine that the defendants have failed to provide me. A CPAP machine also requires a prescription. Defendant SCC's Nurse Practitioner Angela Perides stated in writing she will provide me the care I need to correct my breathing difficulties and other areas of concern so I can return to work.</u>

    Supporting facts:

On or about October 25, 2022, Southern Colorado Clinic's Nurse Practitioner Angela Perides and/or her staff reinstated me back to the medical practice and scheduled me for an appointment on October 28, 2022. On or about October 27, 2022, I was terminated by the defendants without cause. Over the counter medications are not available to treat high blood pressure, an under-active thyroid, sleep apnea, or diabetes. Within the last 30 days, I have been in the hospital related to this civil action for an infection in my sinuses.

The defendants in this case violated my patient contract by terminating me without cause and by placing a false criminal history in the form of a Be On the Lookout (BOLO) into my permanent medical records so when I attempt to transfer medical care to a new provider a false criminal history also transfers (libelous statements) so new medical providers will not be likely to provide me medical care. In the past, the Colorado medicaid program has provided my medical records with the prior stated BOLO in it and has been submitted to PACER on a previous cause by the Colorado Medicaid program. Nurse Practioner Ms. Perides confirmed in a text message that the defendants in the case received my false criminal history from St. Mary Corwin-Medical Center located in Pueblo, Colorado. My Colorado Bureau of Investigation background check confirms that I do not have a criminal record. The defendants have have denied me prescription medication, a Continuous Positive airway Pressure machine which provides air pressure to keep my breathing airways open so I can breathe while sleeping. In a text message to me, Defendants' Nurse Practioner Angela Perides confirmed her employer does **not** care about their patients. The defendants' are using a BOLO that contains a false criminal history and have denied me care when my my medical record created by the defendants confirmed I treated their employees appropriately.

E.     REQUEST FOR RELIEF

*State the relief you are requesting or what you want the court to do. If additional space is needed to identify the relief you are requesting, use extra paper to request relief. Please indicate that additional paper is attached and label the additional pages regarding relief as "E. REQUEST FOR RELIEF."*

That a nominal judgment be entered against the defendants, that this Court order all false criminal history, the BOLO, and all libelous statements be removed from my medical records, that I be provided prescription medication or the only way to treat my diabetes, high blood pressure and other previously stated medical disabilities, and that I be allowed to receive medical care by Defendants' Nurse Practioner Angela Perides and that I be provided a prescription so I can receive a CPAP machine to treat my sleep apnea. The defendants in the broke my patient contract by violating the two or three year patient reinstatement policy.

F.     PLAINTIFF'S SIGNATURE

I declare under penalty of perjury that I am the plaintiff in this action, that I have read this complaint, and that the information in this complaint is true and correct. *See* 28 U.S.C. § 1746; 18 U.S.C. § 1621.

Under Federal Rule of Civil Procedure 11, by signing below, I also certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending or modifying existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

_____
(Plaintiff's signature)

12-19-2023
_____
(Date)

(Revised February 2022)

5

Antonio Delmonico
413 Rush St.
Pueblo, CO 81003

Office of the Clerk
U.S. District Court
Alfred A. Arraj Courthouse
901 - 19th St., Room A105
Denver, CO 80294-3589

7022 3330 0000 4798 9948



RDC 99
80294



Retail

U.S. POSTAGE PAID
FCM LG ENV
PUEBLO, CO 81003
DEC 19, 2023
$5.94
R2304W119877-1

CERTIFIED MAIL®

PLACE STICKER AT TOP OF ENVELOPE TO THE RIGHT OF THE RETURN ADDRESS, FOLD AT DOTTED LINE