IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 23-cv-02395-LTB-SBP

ANTONIO F. DELMONICO,

    Plaintiff,

v.

SOUTHERN COLORADO CLINIC, P.C., and
JENNIFER ARELLANO,

    Defendants.

## ORDER

    This matter is before the Court on the Recommendation of United States Magistrate Judge filed on December 12, 2023. (ECF No. 8).  The Recommendation states that any objection to the Recommendation must be filed within fourteen days after its service. *See* 28 U.S.C. § 636(b)(1)(C).  The Recommendation was served on December 12, 2023.  Plaintiff filed timely written objections. (ECF No. 12).  The Court has therefore reviewed the Recommendation *de novo* in light of the file and record in this case.  On *de novo* review the Court concludes that the Recommendation is correct.

    The Court notes that, in addition to his written objections, Plaintiff filed numerous other documents, including a proposed Amended Complaint (ECF No. 13).  However, the allegations in Plaintiff's proposed Amended Complaint (ECF No. 13), like those in his original Complaint (ECF No. 1), fail to comply with Rule 8, for the same reasons set forth in the Recommendation of United States Magistrate Judge.  As such, the Court

1

finds that the proposed amendments in the Amended Complaint are futile. *See Foman v. Davis,* 371 U.S. 178, 182 (1962).

Accordingly, for the foregoing reasons, it is

ORDERED that the Recommendation of United States Magistrate Judge (ECF No. 8) is accepted and adopted.  It is

FURTHER ORDERED that Plaintiff's Complaint (ECF No. 1) and this action are DISMISSED WITHOUT PREJUDICE for failure to comply with Rule 8 of the Federal Rules of Civil Procedure.  It is

FURTHER ORDERED that leave to proceed *in forma pauperis* on appeal is denied without prejudice to the filing of a motion seeking leave to proceed *in forma pauperis* on appeal in the United States Court of Appeals for the Tenth Circuit.  The Court certifies pursuant to 28 U.S.C. § 1915(a)(3) that any appeal from this dismissal would not be taken in good faith.  It is

FURTHER ORDERED that all pending motions are denied as moot.

DATED at Denver, Colorado, this  22nd  day of   January   , 2024.

BY THE COURT:

   s/Lewis T. Babcock   
LEWIS T. BABCOCK, Senior Judge
United States District Court