IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 23-cv-02395-LTB-SBP

ANTONIO F. DELMONICO,

    Plaintiff,

v.

SOUTHERN COLORADO CLINIC, P.C., and
JENNIFER ARELLANO,

    Defendants.

---

# JUDGMENT

---

    Pursuant to and in accordance with the Order of Dismissal entered by Lewis T. Babcock, Senior District Judge, on January 22, 2024, it is hereby

    ORDERED that Judgment is entered in favor of Defendants and against Plaintiff. DATED at Denver, Colorado, this 22 day of January, 2024.

                              FOR THE COURT,

                              JEFFREY P. COLWELL, Clerk

                              By: s/C. Madrid
                              Deputy Clerk